**Tony LOVETTE, Plaintiff–Appellant,**

**and**

**Rudolph S. Scott, Jr.; Julius C. Higgins, Plaintiffs,**

**v.**

**SONOCO PRODUCTS COMPANY, Defendant–Appellee.**

**No. 00–2336.**

United States Court of Appeals, Fourth Circuit.

Submitted March 9, 2001.

Decided March 23, 2001.

Cletus K. Okpalaeke, Okpalaeke Law Firm, Columbia, SC, for appellant. James

M. Powell, Linda B. Rogers, Haynsworth, Baldwin, Johnson & Greaves, L.L.C., Greensboro, NC, for appellee.

Before DIANA GRIBBON MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Tony Lovette appeals the district court's order granting summary judgment in favor of his former employer, Sonoco Products Company, in his civil action alleging employment discrimination and wrongful termination. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lovette v. Sonoco Prods. Co.,* No. CA–99–437–3–17 (D.S.C. Sept. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*